USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES,

           -v-                        1:9-cr-339-GHW-2

   EDWIN MALDONADO,           ORDER

                  Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On June 1, 2021, Edwin Maldonado, acting *pro se*, filed a motion purportedly under Federal Rule of Civil Procedure 60(b) seeking review of his conviction and sentence in this case. The Court requests that the United States file a response to Mr. Maldonado's application no later than July 1, 2021.

      SO ORDERED.

Dated: June 6, 2021
       New York, New York

                                               GREGORY H. WOODS
                                               United States District Judge