USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,

           -v-                                        1:9-cr-339-GHW-2

    EDWIN MALDONADO,                     ORDER

                    Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On June 1, 2021, Mr. Maldonado submitted an application to this Court challenging the legality of the sentence imposed on him in this case under Federal Rule of Civil Procedure 60. Dkt. No. 288. The Court issued an order on July 12, 2021 designating Mr. Maldonado's application as a habeas petition made under 28 U.S.C. § 2255. Dkt. No. 295. The Clerk of Court is directed to open a new civil action for the motion filed on June 1, 2021, and to include Dkt. No. 295 on the docket of the new action. All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

    SO ORDERED.

Dated: November 10, 2021
       New York, New York

                                                             GREGORY H. WOODS
                                                          United States District Judge