**MEMORANDUM ENDORSED**

To: United States District Court
Southern District of New York
500 - Pearl Street
New York · N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2024

Re: U.S. v. Maldonado # 09.cr.339 -

Good Morning Clerk:

I want to know if when sentenced federally to life without parole the concurrent term was for the total amount of time I've served in N.Y.S or from the day I was sentenced federally; 12·14th·2012.

If the concurrent term is total amount I have served -29- years towards my (LWOP) federal sentence, If it's from the day I was sentence federally I have only served -12- years, which makes my motion under the reconsideration sentencing 'juvenile' to (LWOP) seem short.

#2.

I appreciate your assistance on this matter. Please have a good day. Thank you.

Rohelio Maldonado # 97-A-3469
P.O. Box - 2001
Dannemora, New York - 12929

Date - 3-4th-2024.

---

The Court cannot respond to this question. First, the Court does not generally respond to requests for information. Second, the Bureau of Prisons, not the Court, is responsible for the calculation of time served. *See United States v. Wilson*, 503 U.S. 329, 335, 112 S. Ct. 1351, 1355, 117 L. Ed. 2d 593 (1992) ("After a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence.").

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to mail a copy of this order to Mr. Maldonado.

SO ORDERED.

Dated: March 13, 2024
New York, New York

GREGORY H. WOODS
United States District Judge